# Exhibit B

# 202232578, HOLLAND, DAVID K vs. LOANCARE LLC

TX District & County - Harris (District Only)

Harris

**This case was retrieved on 07/15/2022**

## Header

**Case Number:** 202232578
**Date Filed:** 06/01/2022
**Date Full Case Retrieved:** 07/15/2022
**Status:** Open
**Misc:** (190) Other Property; Civil

## Summary

**Case Type:** Civil
**Judge:** CHRISTINE WEEMS
**Court Number:** 281st

## Participants

**Litigants**
HOLLAND, DAVID K
**PLAINTIFF - CIVIL**

HOLLAND, VALERIA
**PLAINTIFF - CIVIL**

LOANCARE LLC
**DEFENDANT - CIVIL**
LOANCARE (IS A FOREIGN CORPORATION) MAY BE SERVED BY SERVING
**REGISTERED AGENT**

**Attorneys**
LANE, ROBERT CHAMLESS
PLAINTIFF - CIVIL
Status: Active

LANE, ROBERT CHAMLESS
PLAINTIFF - CIVIL
Status: Active

## Services

| Type | Status Description | Instrument Served | Person Served | Details |
|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LOANCARE (IS A FOREIGN CORPORATION) MAY BE SERVED BY SERVING | Requested Date: 06/07/2022<br>Issued Date: 06/13/2022<br>Served Date: 06/17/2022<br>Tracking Number: 74016305<br>Deliver To: E-MAIL |

Nina McAlpine

202232578, HOLLAND, DAVID K vs. LOANCARE LLC

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 06/01/2022 | | ORIGINAL PETITION | Document Number:<br>102232671/ 102233767/ 102233768<br>Pages:<br>26 |
| 06/07/2022 | | Civil Process Request | Document Number:<br>102342551<br>Pages:<br>2 |
| 06/17/2022 | | Return of Service | Document Number:<br>102563152<br>Pages:<br>2 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document

Nina McAlpine