IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID K. HOLLAND and VALERIA HOLLAND, § § § | |
| *Plaintiffs,* § | |
| v. § | CIVIL ACTION NO. 4:22-cv-02376 |
| § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, LOANCARE, LLC, AND NEWREZ LLC., § § § § | |
| *Defendants.* § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs David K. Holland and Valeria Holland (hereinafter "Plaintiffs") voluntarily dismiss the above-entitled action against Defendants Federal National Mortgage Association, LoanCare, LLC, and Newrez, LLC (hereinafter "Defendants"), with prejudice. The parties agree to bear their own attorney's fees and costs associated with this Action.

Dated: February 15, 2023                              Respectfully submitted,

/s/ *Joshua D. Gordon*
Joshua D. Gordon
Robert "Chip" C. Lane
S. Alex Lick
THE LANE LAW FIRM, P.L.L.C.
6200 Savoy, Suite 1150
Houston, Texas 77036-3300
Telephone: (713) 595-8200
notifications@lanelaw.com
Joshua.gordon@lanelaw.com
Alex.lick@lanelaw.com

*Counsel for Plaintiffs*

HOLLAND & KNIGHT LLP

*/s/ David D. Hornbeak*
David D. Hornbeak
State Bar No. 24106113
Southern District Bar No. 3158009
811 Main Street, Suite 2500
Houston, TX 77002
713-244-6881  (Telephone)
713-821-7001 (Facsimile)
David.Hornbeak@hklaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents was served by the Court's CM/ECF system to all counsel of record on this 15th day of February, 2023.

Joshua D. Gordon
Robert "Chip" C. Lane
S. Alex Lick
THE LANE LAW FIRM, P.L.L.C.
6200 Savoy, Suite 1150
Houston, Texas 77036-3300
Telephone: (713) 595-8200
notifications@lanelaw.com
Joshua.gordon@lanelaw.com
Alex.lick@lanelaw.com

ATTORNEYS FOR PLAINTIFFS

*/s/David D. Hornbeak*
David D. Hornbeak