United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID K. and VALERIA HOLLAND, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-22-2376 |
| | § | |
| FEDERAL NATIONAL MORTGAGE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 28), this action is dismissed with prejudice.

SIGNED on February 21, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge